MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Fax:  (408) 535-5066
  E-Mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) ) | No. CR 13-70550-HRL<br>No. CR 13-70551-HRL |
|---|---|---|
| v. | ) ) ) | STIPULATION CONTINUING<br>ARRAIGNMENT; ORDER [proposed] |
| DAVID JOHN STEVENS, | ) ) | |
| Defendant. | ) ) | |

The United States and defendant David John Stevens, through their counsel, stipulate that the defendant's arraignment on case CR 13-70550 be continued from Thursday, June 6, 2013, to **Thursday, June 27, 2013,** at 10:30 a.m., before The Honorable Paul S. Grewal, United States Magistrate Judge. The parties similarly request that case CR 13-70551 be put over to the same date and time. With respect to the first matter, the basis for the requested continuance is to allow the parties additional time to obtain and review discovery, and to explore the possibility of a global disposition that would include anticipated related charges in Monterey County. With respect to the second matter, the government moved to dismiss the underlying case in the District of Columbia

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 13-70550 and 70551 HRL

(1:13-mj-361, assigned to The Honorable Alan Kay, United States Magistrate Judge), on May 20, 2013. The parties understand and believe that the case in the District of Columbia has been dismissed, but have been unable to confirm that fact as of this writing.

The parties further agree that time for the filing of an information or indictment, as required by 18 U.S.C. § 3161(b), shall be continued to the date set forth in the preceding paragraph, and that such time is appropriately excluded from the "speedy indictment" clock for, among other reasons, the grounds set forth in 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 5, 2013                                  Respectfully submitted,

                                                     MELINDA HAAG
                                                     United States Attorney

                                                     /s/
                                                     _____
                                                     DAVID R. CALLAWAY
                                                     Assistant United States Attorney

                                                     /s/
                                                     _____
                                                     DIANA A. GARRIDO
                                                     Counsel for Defendant

## ORDER

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the arraignment for defendant David John Stevens in the first captioned matter shall be rescheduled to **Thursday, June 27, 2013,** at 10:30 a.m., before The Honorable Paul S. Grewal, United States Magistrate Judge, and that the second captioned matter shall be placed on calendar on the same day and time to determine whether the originating case in Washington, D.C., has in fact been dismissed.

IT IS HEREBY FURTHER ORDERED that the time for the filing of an information or indictment, as required by 18 U.S.C. § 3161(b), shall be continued to the date set forth in the preceding paragraph, and that such time is appropriately excluded from the "speedy indictment" clock based upon the stipulation of the parties and on the grounds set forth in 18 U.S.C. §

//

1  3161(h)(7)(A) and (B)(iv).

3  DATED: June 5, 2013                    _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 13-70550 and 70551 HRL

2